# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3157
LT Case No. 16-2008-CF-015058-AXXXMA

_____

TYRONE HARTSFIELD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Tyrone Hartsfield, Milton, pro se.

No Appearance for Appellee.


February 12, 2026


PER CURIAM.

   AFFIRMED.


JAY, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____